**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Doris Fretwell | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | No.  10 C 5230 |
| | ) | |
| Valentine & Kebartas, Inc., a | ) | Judge St. Eve |
| Massachusetts corporation, | ) | |
|     Defendant. | | |

**STIPULATION OF DISMISSAL**

Plaintiff, Doris Fretwell, having reached a settlement with the Defendant, hereby stipulates to the dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 4, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____

                ENTERED:

                _____
                Judge Amy J. St. Eve,
                United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 4, 2010, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on October 4, 2010, by 5:00 p.m.

Robert Handley, Office Manager
Valentine & Kebartas, Inc.
524 Cleveland Boulevard
Suite 201
Caldwell, Idaho 83605

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com